| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0645 2:16CR20280 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00236-RFB-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Robert Bates | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Nancy G. Edmunds | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/03/2024 | TO 08/02/2027 |

**OFFENSE**
Count 1: 18 U.S.C. § 2113(a) - Bank Robbery

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 22, 2025 | s/Nancy G. Edmunds |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/5/2025 | [signature] |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: James Robert Bates
Case No.: **2:25-cr-00236-RFB-BNW-1**

<u>**REQUEST FOR ACCEPTANCE OF JURISDICTION**</u>

August 1, 2025

TO:     The United States District Judge

On January 26, 2017, Mr. Bates was sentenced by the Honorable Nancy G. Edmunds to 120 months to run concurrent with the MDOC state court sentence/parole with 36 months supervised release to follow for committing the offense of Bank Robbery. Mr. Bates commenced supervision on August 3, 2024, in the District of Nevada.

Bates intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by the signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Nancy G. Edmunds agreed to relinquish jurisdiction of the case. Should you have any questions regarding this matter, please contact the undersigned at Amanda_stevens@nvp.uscourts.gov.

Respectfully submitted,

Amanda Stevens
Digitally signed by Amanda Stevens
Date: 2025.08.01 13:09:47 -07'00'

United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2025.08.01 13:07:38 -07'00'

Donnette Johnson
Supervisory United States Probation Officer