RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for James Robert Bates

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES ROBERT BATES,

Defendant.

Case No. 2:25-cr-00236-RFB-BNW

**STIPULATION TO CONTINUE HEARING RE: EARLY TERMINATION OF SUPERVISED RELEASE**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States United States, and James Gaeta, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for defendant James Robert Bates, that the hearing scheduled on the motion for early termination of supervised release currently scheduled for June 24, 2026, be vacated and rescheduled for June 29, 2026.

This Stipulation is entered into for the following reasons:

1. The FPD office had incorrect contact information for Mr. Bates. He became aware of the hearing the day of the hearing and is unable to leave from work with such short notice.

2. Mr. Bates can be available starting Monday, June 29, 2026, to allow him to give his employer notice.
3. The defendant is not in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

This is the first request for a continuance of the hearing.

DATED this 24th day of June, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Heidi A. Ojeda*
By________________________________
HEIDI A. OJEDA
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ James Gaeta*
By________________________________
JAMES GAETA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES ROBERT BATES,<br>Defendant. | Case No. 2:25-cr-00236-RFB-BNW<br>**ORDER** |

Having considered the parties stipulation, and good cause being found;

IT IS THEREFORE ORDERED that the hearing currently scheduled for June 24, 2026 at 2:15 p.m., be vacated and continued to ________________ at the hour of ___:___ __.m.

DATED this ____ day of June, 2024.

_______________________________
UNITED STATES DISTRICT JUDGE